JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
   38 CORPORATE PARK, SUITE D
   IRVINE, CA 92714
   714-474-2055
Attorneys for the Plaintiff



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | COURT NO: 90A90450 |
| v. | DEFAULT JUDGMENT |
| DARREL C. GOODE | |
|     Defendant(s). | |

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from DARREL C. GOODE the sum of $5,031.50 as principal, $3,235.27 as accrued prejudgment interest, $0 administrative charges, and $55.00 costs, plus $703.00 attorney fees for a total amount of $9,024.77, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: DEC 12 1990

                                      LEONARD A. BROSNAN, CLERK
                                      U.S. District Court
                                      Central District of California

                                      By: _____
                                            Deputy Clerk